UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  BKY No. 08-40171-DDO

Victor Plastics, Inc.,  Chapter 7

        Debtor.

ORDER

Notice to all parties in interest having been given pursuant to the trustee's Notice of Settlement dated April 7, 2010 [Docket No. 513], and no objections to the trustee's proposed settlements having been filed,

IT IS ORDERED:

The settlement as set forth in the Notice of Settlement dated April 7, 2010, is approved as follows:

Nova Tool & Mold, Inc. will pay to the trustee of the sum of $15,000.00.

Dated: May 5, 2010     /e/ Dennis D. O'Brien
                                           Dennis D. O'Brien
                                           United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *05/05/2010*
Lori Vosejpka, Clerk, By DLR, Deputy Clerk