UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

**Victor Plastics, Inc.,**  BKY No. 08-40171-DDO

Debtor.  Chapter 7

**ORDER**

Notice to all parties in interest having been given pursuant to the trustee's Notice of Settlement dated April 7, 2010, and no objections to the trustee's proposed settlement having been filed,

**IT IS ORDERED:**

The settlement of Adv. Pro. No. 09-04178, captioned Julia A. Christians, Trustee v. Miller Waste Mills, Incorporated, d/b/a RTP Company ("Miller") and the Trustee's claim against Miller for avoidance and recovery of alleged preferential transfers; by Miller's payment to the estate in the amount of $1,161.00, as set forth in greater detail in the Settlement Agreement by and between the parties; and

The settlement of Adv. Pro. No. 09-04316, captioned Julia A. Christians, Trustee v. Des Moines Bolt Supply, Inc. ("Des Moines") and the Trustee's claim against Des Moines for avoidance and recovery of alleged preferential transfers; by Des Moines' payment to the estate in the amount of $2,900.00, as set forth in greater detail in the Settlement Agreement by and between the parties; and

The settlement of Adv. Pro. No. 09-04194, captioned Julia A. Christians, Trustee v. T L I Holding Corp. ("T L I") and the Trustee's claim against T L I for avoidance and recovery of alleged preferential transfers; by T L I's payment to the estate in the amount of $3,500.00, as set forth in greater detail in the Settlement Agreement by and between the parties;

all as set forth in the Notice of Settlement dated April 7, 2010, and filed herein, are approved.

Dated: May 7, 2010

/e/Dennis D. O'Brien
_____

United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *05/07/2010*
Lori Voseipka, Clerk, By DLR, Deputy Clerk