UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re: BKY No. 08-40171-DDO

Victor Plastics, Inc., Chapter 7

Debtor.

ORDER

Notice to all parties in interest having been given pursuant to the trustee's Notice of Settlement dated April 9, 2010 [Docket No. 514], concerning adversary litigation Julia A. Christians, Trustee for the Bankruptcy Estate of Victor Plastics, Inc. vs. Ashland, Inc., Adv. No. 10-4002 and no objections to the trustee's proposed settlement having been filed,

IT IS ORDERED:

The settlement as set forth in the above described Notice of Settlement dated April 9, 2010, is approved and Ashland, Inc. will pay to the trustee of the sum of $8,750.00.

Dated: May 11, 2010 /e/ Dennis D. O'Brien
Dennis D. O'Brien
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 05/11/2010
Lori Vosejpka, Clerk, by DLR