UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

**Victor Plastics, Inc.,**  BKY No. 08-40171-DDO

Debtor.  Chapter 7

**ORDER**

Notice to all parties in interest having been given pursuant to the trustee's Notice of Settlement dated April 29, 2010, and no objections to the trustee's proposed settlement having been filed,

**IT IS ORDERED:**

The settlement of Adv. Pro. No. 10-04018, captioned Julia A. Christians, Trustee v. United Parcel Service of America, Inc., d/b/a United Parcel Service ("UPS") and the Trustee's claim against UPS for avoidance and recovery of alleged preferential transfers; by UPS's payment to the estate in the amount of $5,000.00, as set forth in greater detail in the Settlement Agreement by and between the parties, and as set forth in the Notice of Settlement dated April 29, 2010, and filed herein, is approved.

Dated: June 1, 2010

/e/ Dennis D. O'Brien
Dennis D. O'Brien
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *06/01/20*
Lori Vosejpka, Clerk, By DLR, Deputy Clerk