UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

**Victor Plastics, Inc.,**  BKY No. 08-40171-DDO

Debtor.  Chapter 7

## NOTICE OF SETTLEMENT

To: The United States Trustee, all creditors and other parties in interest.

**NOTICE.** On July 9, 2010, or as soon thereafter as the transaction may be completed, and subject to objection under applicable rules, the undersigned trustee of the estate of the debtor named above will settle a controversy as follows:

Adv. Pro. No. 09-04341, captioned Julia A. Christians, Trustee v. U.S. Bank National Association ND and U.S. Bank National Association, fka Firstar Bank, National Association ("U.S. Bank") and the Trustee's claim against U.S. Bank for avoidance and recovery of alleged preferential transfers; by U.S. Bank's payment to the estate in the amount of $18,000.00, as set forth in greater detail in the Settlement Agreement by and between the parties. The Trustee had alleged the right to avoid and recover payments made by Debtor to U.S. Bank within the ninety days prior to the bankruptcy filing in the aggregate amount of $44,608.23. U.S. Bank denied liability and raised various defenses, including denial that certain transfers were made, demonstration of certain subsequent new value and allegations that the transfers are subject to the ordinary-course-of-business defense. Based thereon, and given the costs, risks and delays of contested litigation, the Trustee believes acceptance of U.S. Bank's settlement to be in the best interest of the estate.

**OBJECTION: MOTION: HEARING**. Under applicable rules, any objection must be in writing, be served on the undersigned trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the date set for the settlement. If an objection is timely served and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee. If an objection is made or an order is required, the undersigned trustee moves the court for such orders as may be necessary or appropriate.

| U.S. Bankruptcy Court | U.S. Trustee | Julia A. Christians, Trustee |
|---|---|---|
| 301 U.S. Courthouse | 1015 U.S. Courthouse | One Financial Plaza, Suite 2500 |
| 300 South Fourth Street | 300 South Fourth Street | 120 South Sixth Street |
| Minneapolis, MN 55415 | Minneapolis, MN 55415 | Minneapolis, MN 55402 |

Dated: June 14, 2010  /e/ Julia A. Christians
Julia A. Christians, Trustee
One Financial Plaza, Suite 2500
120 South Sixth Street
Minneapolis, MN 55402
(612) 338-5815

08-204