UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Victor Plastics, Inc.,

      Debtor.

BKY No.  08-40171-DDO

Chapter 7

TRUSTEE'S RESPONSE TO INTERIM
APPLICATION OF KALINA, WILLS,
GISVOLD & CLARK, P.L.L.P., FOR FEES
AND EXPENSES AS ATTORNEYS
FOR THE TRUSTEE

1.      Julia A. Christians states that she is the duly appointed and acting trustee of the above-captioned bankruptcy estate.

2.      The trustee has reviewed the Interim Application of Kalina, Wills, Gisvold & Clark, P.L.L.P., ("Applicant") for Fees and Expenses as Attorneys for the Trustee, filed on or about November 4, 2010 and gives this report of the response of the trustee.

3.      Prior to the filing of its Application, Applicant submitted a proposed interim application with supporting time records to the trustee for review.  The trustee raised objections and concerns with regard to the use of billing judgment based upon results obtained in particular matters and with regard to an effective blended billing rate amongst attorneys in Applicant's firm higher than that which the trustee believed appropriate.  The trustee suggested that Applicant reduce its requested fees by approximately $15,600, reflecting a blended rate of $295 per hour. Applicant revised its application with further concessions, and the trustee requested additional reductions.

4.      With its filed Application, Applicant ultimately reduced its requested fees by slightly more than $13,600.  Additionally, Applicant responded to the trustee's concerns with more information and explanations on the blended rate issue.

5.      The trustee believes Applicant has made a good faith effort to address the trustee's concerns and does not object to the reduced request, as reflected in the filed Interim Application.

1

Dated: November 9, 2010               /e/ Julia A. Christians, Trustee
                                             Julia A. Christians
                                             One Financial Plaza, Suite 2500
                                           120 South Sixth Street
                                           Minneapolis, MN  55402
                                           612/ 338-5815

## <u>VERIFICATION</u>

     I, Julia A. Christians, Trustee, named in the foregoing Response, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information, and belief.

Executed on: November 9, 2010         Signed: /e/ Julia A. Christians_____
                                                  Julia A. Christians